**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose Carlos VARGAS, Defendant— Appellant.**

No. 02–50363.

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 18, 2004.

Richard Cheng, AUSA, USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Jose Carlos Vargas, FCIT—Federal Correctional Institution, Terminal Island, CA, pro se.

Steve Feldman, Huappauge, NY, for Defendant–Appellant.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

MEMORANDUM **

Jose Carlos Vargas appeals his guilty-plea conviction and 156–month sentence for possession of controlled substances with intent to distribute and aiding and abetting, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2, respectively. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Vargas has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.